```
                                                         FILED
                                              UNITED STATES DISTRICT COURT
                                                   DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO            JUN 03 2011

                                                   GREGORY C. LANGHAM
Civil Action No. 11-cv-01082-BNB                                   CLERK
```

JAMMIE CHONGYOU KNIGHT,

    Plaintiff,

v.

SOCIAL SECURITY,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED June 3, 2011, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01082-BNB

Jammie Chongyou Knight
8525 E Hampden Ave #1105
Denver, CO 80231

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk